# Exhibit 2

## STOCK PURCHASE AGREEMENT

This AGREEMENT is entered into on November 1, 2022, by and between HUIQUN ZHANG, hereinafter called "Seller" and CHUNYI ZHAO, hereinafter referred to as "Buyer". The Seller and Buyer are hereinafter collectively referred to as the "Parties."

WHEREAS, the Seller, owning 800 shares of Class A corporate stock, issued by Texas Undercarriage Corporation, a Texas corporation desires to enter into a stock purchase agreement between herself and Buyer.

WHEREAS, the Parties desire to execute an agreement in which the Seller agree to sell some of her Class A corporate stock in Texas Undercarriage Corporation to Buyer.

NOW, THEREFORE, with the intention of being legally bound and in consideration of the mutual promises, the parties hereto do agree as follows:

1. Seller agrees to sell Three Hundred Ten Class A Shares of Texas Undercarriage Corporation to Buyer at a total price of Six Thousand Eight Hundred Fifty-One and No/100 ($6,851.00) Dollars, or Twenty-Two and 10/100 ($22.10) dollars per share.

2. This agreement shall be subject to the covenants and conditions set forth on the stock certificate and company governing documents.

3. This agreement shall be binding upon and inure to the benefit of the Parties hereto, their heirs, successors, assigns, executors, administrators or other legal representatives.

WITNESS OUR HANDS this the 1st day of November, 2022.

_____
HUIQUN ZHANG, Seller

_____
CHUNYI ZHAO, Buyer