# Exhibit 3

BILL OF SALE

THE STATE OF TEXAS § 
COUNTY OF VICTORIA §   KNOW ALL MEN BY THESE PRESENTS:

THAT HUIQUN ZHANG, whose address is 4253 Old Goliad Road, Victoria, Texas 77905, for and in consideration of the sum of SIX THOUSAND EIGHT HUNDRED FIFTY-ONE AND NO/100 DOLLARS ($6,851.00), and other valuable consideration in hand paid by CHUNYI ZHAO, whose address is Confidential Confidential the receipt of which is hereby acknowledged, has BARGAINED, SOLD and DELIVERED, and by these presents does BARGAIN, SELL and DELIVER, unto the said CHUNYI ZHAO, the following described personal property, to-wit:

Three Hundred and Ten (310) shares of Class A stock issued by Texas Undercarriage Corporation, currently held in the name of Huiqun Zhang.

And HUIQUN ZHANG does hereby bind herself, her heirs, successors and assigns, to WARRANT AND FOREVER DEFEND the title to said property unto the said CHUNYI ZHAO, her heirs, successors and assigns, against every person whomsoever lawfully claiming, or to claim the same or any part thereof.

EXECUTED on this the 1st day of November, 2022.

_____
HUIQUN ZHANG