# Exhibit 5

## BILL OF SALE

THE STATE OF TEXAS §

COUNTY OF VICTORIA §

KNOW ALL MEN BY THESE PRESENTS:

THAT CHUNYI ZHAO, whose address is Confidential Confidential for and in consideration of the sum of ELEVEN THOUSAND TWO HUNDRED SEVENTY-ONE AND NO/100 DOLLARS ($11,271.00), and other valuable consideration in hand paid by HUIQUN LIN SUN (formerly known as Huiqun Zhang), whose address is Confidential, the receipt of which is hereby acknowledged, has BARGAINED, SOLD and DELIVERED, and by these presents does BARGAIN, SELL and DELIVER, unto the said HUIQUN LIN SUN, the following described personal property, to-wit:

Five Hundred and Ten (510) shares of Class A stock issued by Texas Undercarriage Corporation, currently held in the name of Chunyi Zhao.

Chunyi Zhao affirmatively states that she is the sole owner of the Five Hundred Ten (510) shares of Class A stock conveyed hereby, and that she does not own any other Class A stock in Texas Undercarriage Corporation. She further states that she and Huiqun Lin Sun are the only owners of any Class A stock in Texas Undercarriage Corporation.

And CHUNYI ZHAO does hereby bind herself, her heirs, successors and assigns, to WARRANT AND FOREVER DEFEND the title to said property unto the said HUIQUN LIN SUN, her heirs, successors and assigns, against every person whomsoever lawfully claiming, or to claim the same or any part thereof.

EXECUTED on this the 14 day of May, 2024.

_____
CHUNYI ZHAO