# Exhibit 6

# Redacted

# ICBC 中国工商银行

## 境外汇款申请书
### APPLICATION FOR FUNDS TRANSFER (OVERSEAS)

| Field | Value |
|---|---|
| 汇款币种及金额 Currency & Interbank Settlement Amount | AUD 17,400.00 |
| 金额大写 Amount in Words | 澳大利亚元 壹万柒仟肆佰元整 |
| 民汇金额 Amount in FX | AUD 17,400.00 |
| 汇款人名称及地址 Remitter's Name & Address | HUI QUN LIN SUN ADD: NO.35 DAXUE ROAD XILAIDENG JIUDIAN XUZHOU CN 221000 |
| 收款人开户银行名称及地址 Beneficiary's Bank Name & Address | WESTPAC BANKING CORPORATION 275 KENT STREET AUSTRALIA |
| 收款人名称及地址 Beneficiary's Name & Address | CHUNYI ZHAO ADD: 35 RIVIERA STREET MENTONE MELBOURNE VICTORIA AU 3194 |
| 汇款附言 Remittance Information | STOCK PURCHASE |
| 收款人常驻国家(地区)名称及代码 | 澳大利亚 |
| BOP Transac. Code | 820030 |
| 相应币种及金额 Currency & Amount | AUD 17,400.00 |
| 交易附言 Transac. Remark | 境外存入汇款划出 |
| 汇款方 | HUI QUN LIN SUN |
| 申请人姓名 Name of Applicant | HUI QUN LIN SUN |

71A All Bank's Charges If Any Are To Be Borne By: ☑共同 SHA



# ICBC 中国工商银行

回单凭证

工作日期: 2025-11-17     地区网点号: ▇▇▇▇▇     操作柜员: ▇▇▇▇

1. 【02713 个人跨境汇款】
时间: 11:53:03
汇款人姓名: ▇▇▇▇▇ LIN SUN
汇款人账(卡)号: ▇▇▇▇▇▇▇▇
收款行全称: WESTPAC BANKING CORPORATION
国内外费用承担: SHA
是否加急: 否
电讯费: 0.00RMB
快汇算过渡户: ▇▇▇▇▇

交易序号: ▇▇▇▇
汇款人证件类别: 护照
收款人姓名: Chunyi Zhao
收款人账(卡)号: ▇▇▇▇▇▇
币种: AUD
是否信息通知: 否
手续费: 80.60RMB
业务编号: ▇▇▇▇

隐私标识号: ▇▇▇▇
汇款人证件号码: ▇▇▇▇
收款行BIC/本地清算代码: WPACAU2S
汇款产品: 个人工限速汇（特汇）
金额: 17400.00
是否邮路通知: 否
手续费合计: 80.
是否明认购汇申请书所填写的购汇用途与交易明细: 是

提示: "是否信息通知" 选择 "是" 时, 将通过融e联向预留手机号的汇款用户推送资金抵达通知（未注册融e联则发送短信通知）。本服务基于"否"时不作任何通知。资金抵达依具体境外收款行反馈, 仅供参考。

1、本次我办理以上1笔业务, 【个人跨境汇款】

受理编号 ▇▇▇▇▇▇
第1笔, 金额, 交易状态, 
验证码, ▇▇▇▇
（以下空白）

[中国工商银行股份有限公司 徐州鼓楼文行 业务专用章 D384452330 ▇▇]