# Exhibit 9

# Redacted



Jiangang ("James") Ou
Member of Texas and New York Bars
jou@archerlaw.com
281-968-5227 Direct
713-583-9518 Direct Fax

Archer & Greiner, P.C.
3040 Post Oak Blvd
Suite 1800-150
Houston, TX 77056
713-970-1066 Main
713-583-9518 Fax
www.archerlaw.com

November 4, 2025

To: Huiqun Lin Sun a/k/a Huiqun Zhang



Re: **Demand for Inspection of Books and Records; Notice of Termination of Share Purchase Agreements Dated May 14, 2024**

Ms. Sun:

We represent Ms. Chunyi Zhao ("Ms. Zhao"), a shareholder of Texas Undercarriage Corporation ("TUC"). Ms. Zhao demands immediate inspection and copying of TUC's books and records, including but not limited to bank statements, general ledgers, balance sheets, income statements, credit card statements, corporate minute books, shareholder ledgers, stock registers, bylaws and amendments, resolutions, tax returns, vendor invoices, and any records evidencing transfers or disbursements of corporate funds, for the period September 16, 2022, to present. Under the law of Texas, Ms. Zhao, as shareholder, shall be entitled to access TUC's bank accounts and corporate books and records; you and TUC have denied that access.

On May 14, 2024, Ms. Zhao and you executed two stock purchase agreements ("SPA"): (i) for Five Hundred Ten (510) Class A shares for a total price of $11,271.00 ($22.10 per share), and (ii) for Thirty-Five (35) Class B shares for a total price of $350,000.00 ($10,000.00 per share). Notwithstanding, you did not pay the purchase prices for the Class A and Class B shares. Your nonpayment constitutes a material breach of your payment obligations under the May 14, 2024 agreements. Further, Ms. Zhao as the seller is in the possession of the original stock certificates which were never delivered to you.

Huiqun Lin Sun a/k/a Huiqun Zhang
November 4, 2025
Page 2

Further, Ms. Zhao alleges you engaged in concealment by, among other things, failing to pay the agreed purchase prices while withholding access to corporate accounts and records. These allegations reinforce Ms. Zhao's right to inspect TUC's books and records and to rescind or terminate the transactions for nonpayment.

Accordingly, Ms. Zhao hereby provides notice that she terminates the May 14, 2024, stock purchase agreements for the Class A and Class B shares, effective immediately, based on your failure to make timely payment and on the wrongdoings alleged. Ms. Zhao demands that you promptly acknowledge that the shares you did not purchase by payment remain Ms. Zhao's property and that TUC's shareholder records be adjusted accordingly.

Within five (5) business days of this notice, please:

a. Relinquish control of all Company accounts and operations:

Remove yourself and any agent from all bank accounts and return online banking credentials; Cease holding out any authority to act for the Company; and • Deliver written confirmations from the Company's banks acknowledging restoration of sole control to Seller's designated officers.

b. Return Company property and information:

All passwords, keys, tokens, corporate seals, checkbooks, credit/debit cards, and device/authenticator access;

All originals and copies of corporate records (minute books, bylaws, stock ledgers/certificates, EIN notices, tax files), financials, customer/vendor lists, IP, and digital backups.

c. Provide an accounting:

A full written accounting of all Company receipts, disbursements, transfers, and commitments you or your agents made since , with supporting documents; and identify any third parties to whom you represented ownership or authority.

Huiqun Lin Sun a/k/a Huiqun Zhang
November 4, 2025
Page 3

Ownership Status and Constructive Trust.

Because Buyer never furnished the bargained-for consideration, no valid transfer of equity occurred, and Seller remains the sole owner of the shares and all incidents of control. To the extent any shares, certificates, or ledger entries purport to reflect a transfer, Seller rejects and rescinds them and asserts a constructive trust over all proceeds, benefits, and corporate rights wrongfully exercised by Buyer.

Notice of Litigation Hold; Reservation of Rights.

Preserve all documents and electronically stored information related to the SPA, the Company, the bank accounts, and your management actions. Seller reserves all rights to seek temporary and permanent injunctive relief, damages (including fee-shifting where permitted by the statute), restitution, and any additional equitable remedies. Nothing herein waives any right, claim, or remedy.

Please confirm in writing by November 11, 2025, that you will fully comply. If we do not receive satisfactory confirmation, we will have no choice but to take legal actions.

Very truly yours,

*/s/ Jiangang ("James") Ou, Esq.*
JIANGANG ("JAMES") OU ESQ.
JOU@ARCHERLAW.COM

JO: