# Exhibit 10

# Redacted

![US Bank logo]

## Combined Disclosure for Remittance Transfers
### Consumer International (USD / FX)

Date: 12/15/2025

**U.S. Bank**
Wire Transfer Department
PO Box 64830
St. Paul, MN 55164-0830

| SENDER: | RECIPIENT: |
|---|---|
| TAO LIN | Confidential |
| Confidential | |
| UNITED STATES OF AMERICA | AUSTRALIA |

RECIPIENT BANK
WESTPAC BANKING CORPORATION
WESTPAC PLACEFLOOR 1
275 KENT STREET
SYDNEY, AUSTRALIA

Date funds are available: 12/23/2025 *(Funds may be available sooner than disclosed.)*

WIRE DETAIL:
Disclosure Number: Confidential

| | | | |
|---|---|---|---|
| Transfer Amount: | $ 350,100.00 | Exchange Rate: | $1.00 = 1.4751 AUD |
| Transfer Fees: | +$ 50.00 | Transfer Amount: | 516,415.10 AUD |
| Transfer Taxes: | +$ 0.00 | Other Fees: | - 30.00 AUD |
| Total: | $ 350,150.00 | Total to Recipient*: | 516,385.10 AUD |

*Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

If you provide us with an incorrect account number for the recipient or an incorrect institution identifier for the recipient's bank, you could lose the transfer amount.

You can cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited by calling 888.799.4737 Option 2. We accept relay calls.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at U.S. Bank 24-Hour Banking at 800.872.2657. We accept relay calls. You may also stop in to any U.S. Bank branch office. You may also contact us for a written explanation of your rights.

For questions or complaints about U.S. Bank, contact:

**Consumer Financial Protection Bureau**

855.411.2372

855.729.2372 (TTY/TDD)

www.consumerfinance.gov

U.S. Bank and, in some cases, its service provider make money from foreign exchange. Your exchange rate is inclusive of that amount.