UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| Huiqun "Jenny" Lin Sun (a.k.a. Huiqun Zhang) and Texas Undercarriage Corp., <br><br> *Plaintiffs,* <br><br> v. <br><br> Chunyi Zhao, <br><br> *Defendant.* | Case No. 6:25-cv-76 <br><br><br> **Notice of Filing Omitted Exhibits to Plaintiffs' Original Complaint** |

Plaintiffs Huiqun "Jenny" Lin Sun and Texas Undercarriage Corporation hereby file the attached Exhibit 11 and Exhibit 12 in support of Plaintiffs' Original Complaint [Dkt. 1]. These exhibits were inadvertently omitted from the initial filing on December 21, 2025. They are identified in Paragraph 39 of the Complaint as follows:

- **Exhibit 11**: Unanimous Written Consent of Shareholders
- **Exhibit 12**: Unanimous Written Consent of the Board of Directors

Plaintiffs respectfully request that these Exhibits be deemed part of the record associated with the Original Complaint.

| | |
|---|---|
| Dated: December 22, 2025 | Respectfully submitted,<br><br>**FOSTER YARBOROUGH PLLC**<br><br>*s/ Patrick Yarborough*<br>PATRICK YARBOROUGH<br>Texas Bar No. 24084129<br>patrick@fosteryarborough.com<br><br>LUKE OTT<br>Texas Bar No. 24116864<br>luke@fosteryarborough.com<br><br>440 Louisiana Street, Suite 1800<br>Houston, Texas 77002<br>T: (713) 331-5254<br>F: (713) 513-5202<br><br>*Counsel for Plaintiffs,*<br><br>**HUIQUN "JENNY" LIN SUN (a.k.a. HUIQUN ZHANG) AND**<br><br>**TEXAS UNDERCARRIAGE CORP.** |