# Exhibit 12

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS

*In Lieu of a Special Meeting of Texas Undercarriage Corporation*

**THE UNDERSIGNED**, constituting all of the members of the Board of Directors of Texas Undercarriage Corporation, a Texas corporation (the "Corporation"), acting pursuant to the Texas Business Organizations Code and Section 2.7 of the Corporation's Bylaws, hereby consent to the adoption of the following resolutions as if they were adopted at a special meeting of the Board of Directors duly called and held:

### 1. REMOVAL OF OFFICERS

**WHEREAS**, Section 4.3 of the Bylaws provides that any officer or agent appointed by the Board of Directors may be removed by the Board at any time with or without cause; and

**WHEREAS**, the Board has determined that it is in the best interest of the Corporation to remove certain officers;

**NOW, THEREFORE, BE IT RESOLVED**, that Chunyi Zhao and Wenbin Zhang are hereby **REMOVED** from any and all officer positions they may hold within the Corporation, including but not limited to the offices of President, Vice President, Treasurer, and Secretary, effective immediately.

### 2. ELECTION OF NEW OFFICERS

**WHEREAS**, Section 4.1 of the Bylaws requires the Board to appoint a President and a Secretary, and permits the appointment of a Treasurer and other officers; and

**WHEREAS**, Section 4.1 further permits any two or more offices to be held by the same person;

**RESOLVED**, that the following persons are hereby elected to the offices set forth below, to serve until their successors are duly elected and qualified or until their earlier resignation or removal:

- **President:** Huiqun Lin Sun (f.k.a. Huiqun Zhang)
- **Secretary:** Huiqun Lin Sun (f.k.a. Huiqun Zhang)
- **Treasurer:** Huiqun Lin Sun (f.k.a. Huiqun Zhang)

## 3. REVOCATION OF AUTHORITY (BANKING & CONTRACTS)

**RESOLVED**, that any and all authority previously granted to Chunyi Zhao and Wenbin Zhang to act on behalf of the Corporation, if any, including but not limited to signing checks, accessing bank accounts, or executing contracts, is hereby **REVOKED** immediately.

**RESOLVED FURTHER**, that the President is authorized to notify all corporate banks and financial institutions of these changes and to execute new signature cards reflecting the authorized signatories approved herein.

## 4. GENERAL AUTHORIZATION

**RESOLVED**, that the officers of the Corporation are hereby authorized and directed to take all such further actions and to execute all such further instruments and documents as they may deem necessary or advisable to carry out the purposes of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned Directors have executed this Written Consent on this _18th_ day of December, 2025.

**DIRECTORS:**

_____
Huiqun Lin Sun (f.k.a. Huiqun Zhang), Director

_____  DEC 18, 2025
Tao Lin, Director