UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| Huiqun Lin Sun, et al | § | |
| | § | |
| v. | § | Case No.: 6:25-cv-00076 |
| | § | |
| Chunyi Zhao | **§** | |

## NOTICE OF VIDEO TELECONFERENCE RESETTING

Parties are advised that a video teleconference has been scheduled before **United States District Court Judge David S. Morales** for the following date and time:

**May 14, 2026, 2026 at 10:00 a.m. (Central)**

**Re: Hearing on Defendant's Motion for Preliminary Injunction [19]**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: April 8, 2026                    **BY ORDER OF THE COURT**

Nathan Ochsner, Clerk of Court
By : /s/ Arlene Rodriguez Clancy
Case Manager to Judge David S. Morales
Tel.: 361-888-3369