# Exhibit F

LAW OFFICES OF

# ANDERSON, SMITH, NULL & STOFER, L.L.P.

4611 E. AIRLINE, SUITE 202
VICTORIA, TEXAS 77904

Janis L. Scott
Board Certified
Commercial and Residential
Real Estate Law-
Texas Board of Legal Specialization

Direct Dial Number
(361) 582-1262
Email Address
jscott@andersonsmith.com

Mailing Address
PO Box 1969
Victoria, Texas 77902

Telephone
(361)573-9191
Facsimile
(361)573-5288

May 17, 2024

Texas Undercarriage Corporation
4253 Old Goliad Road
Victoria, Texas  77905

## ORIGINAL AND FINAL TITLE OPINION

Company:            Texas Undercarriage Corporation
Owner of 1,000 shares of Class A Stock of Texas Undercarriage Corporation:  Huiqun Lin Sun
Owner of 35 shares of Class B Stock of Texas Undercarriage Corporation:  Huiqun Lin Sun

County of Real Property:            Victoria County, Texas

Real Property :  Being a 24.13 acre tract of land situated in Victoria County, Texas, out of the James Reed Survey, Abstract No. 286, Victoria County, Texas and being comprised of Tract No. 7, a called 18.26 acre tract of land and being the remaining portion of Tract No. 8, a called 18.26 acre tract described by Partition Agreement dated April 25, 1978 conveyed to John J. Swoboda, Jr. and Norman L. Swoboda as recorded in Volume 973, Page 443 of the Deed Records, Victoria County, Texas, conveyed to Texas Undercarriage Corporation by Deed recorded under Instrument No. 202301454 in the Official Records of Victoria County, Texas.

To Whom It May Concern:

At the request of Texas Undercarriage Corporation, and in connection with a company restructuring of ownership, we have examined title to the captioned real property based a title report dated April 26, 2024 issued by Capital Title evidence covering the period of time from the date of Texas Undercarriage Corporation ownership to April 26, 2024 and an independent search of the real property records of Victoria County, Texas to the date of this Original and Final Title Opinion. We have also interviewed the principal owners of Texas Undercarriage Corporation and examined certain documents related to Class A and Class B stock ownership.

Based upon this examination, it is our opinion that good and indefeasible title to the captioned **real property** is vested in Texas Undercarriage Corporation, subject to the following comments and requirements:

I.

We did not find any active and outstanding real property liens filed against the real property. (Ad valorem property taxes for the current year are excepted from this statement.)

II.

No opinion is given as to any outstanding mineral interests but we believe they are under the control of Texas Undercarriage Corporation. There are no mineral reservations in the vesting deed.

III.

No opinion is given as to any utility agreements, easements and restrictions outstanding.

IV.

No opinion is given as to any outstanding ad valorem taxes- we believe they have been paid current utilizing the agricultural valuation. You are aware that when the property no longer qualifies for the ag exemption, roll back taxes will be due and thereafter the real property and improvements will be taxed at the full market value, as assessed from year to year.. The 2024 Victoria Central Appraisal District Notice of Appraised Value shows a total market value of $479,520.00 for the real prepertyt. However, the property is receiving an agricultural (ag) exemption so that the 2024 taxable value is $1,810.00.

V.

This opinion does not cover discrepancies in area or boundaries, nor the rights of persons in possession other than the record owners, as to which questions you may satisfy yourself by a survey and personal inspection of the premises.

VI.

Based upon our examination of documents that we have prepared, and you have signed, and also based on representations from Huiqun Lin Sun, (formerly Huiqun Zhang), it is our opinion that good and indefeasible title to all of the **Class A and Class B shares** of Texas Undercarriage Corporation are currently vested in Huiqun Lin Sun, as of this date..

This opinion is submitted to you in connection with your company ownership restructuring, and it is not to be relied upon by any person, other than you and your shareholders, or for any other purpose.

Very truly yours,

ANDERSON, SMITH, NULL, & STOFER, L.L.P

By _Janis L. Scott_

Janis L. Scott

file 53621 Texas Undercarriage Corporation