# Exhibit J

# UNANIMOUS WRITTEN CONSENT OF THE SHAREHOLDERS

*In Lieu of a Special Meeting of Texas Undercarriage Corporation*

**THE UNDERSIGNED**, being the holder of one hundred percent (100%) of the outstanding Class A voting shares of Texas Undercarriage Corporation, a Texas corporation (the "Corporation"), acting pursuant to Section 6.201 of the Texas Business Organizations Code and Section 1.5 of the Corporation's Bylaws, hereby consents to the adoption of the following resolutions as if they were adopted at a special meeting of the shareholders duly called and held:

## 1.  REMOVAL OF DIRECTORS

**WHEREAS**, Section 2.9 of the Bylaws provides that directors may be removed, with or without cause, by a vote of the majority of the shares entitled to vote; and

**WHEREAS**, the undersigned Shareholder desires to remove certain directors from the Board of Directors of the Corporation;

**NOW, THEREFORE, BE IT RESOLVED**, that Chunyi Zhao and Wenbin Zhang are hereby **REMOVED** as Directors of the Corporation, effective immediately; and

**RESOLVED FURTHER**, that Section 2.9 of the Bylaws regarding cumulative voting protections is inapplicable herein, as the votes cast in favor of removal constitute 100-percent of the shares entitled to vote, leaving no shares to vote against such removal.

## 2.  FIXING THE NUMBER OF DIRECTORS

**WHEREAS**, Section 2.2 of the Bylaws states that the number of directors shall be determined from time to time by the Class A shareholders and shall be at least one (1);

**RESOLVED**, that the number of directors constituting the Board of Directors of the Corporation is hereby fixed at Two (2).

## 3. ELECTION OF DIRECTORS

**WHEREAS**, a vacancy on the Board of Directors exists following the removal of the directors named above;

**RESOLVED**, that the following persons are hereby elected to serve as the Directors of the Corporation, to serve until the next annual meeting of shareholders or until their successors are duly elected and qualified:

- **Huiqun Lin Sun (f.k.a. Huiqun Zhang)**
- **Tao Lin**

## 4. GENERAL AUTHORITY

**RESOLVED**, that the Directors selected herein are authorized and directed to take all such further actions and to execute all such further instruments and documents as they may deem necessary or advisable to carry out the purposes of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned Shareholder has executed this Written Consent on this __18th__ day of December, 2025.

SHAREHOLDER:

**Huiqun Lin Sun (f.k.a. Huiqun Zhang)**
Holder of 100% of Class A Common Stock