UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| Huiqun "Jenny" Lin Sun (a.k.a. Huiqun Zhang) and Texas Undercarriage Corp.,<br><br>        *Plaintiffs / Counter-Defendants*,<br><br>    v.<br><br>Chunyi Zhao,<br><br>        *Defendant / Counter–Plaintiff.* | Case No. 6:25-cv-76<br><br><br>**Judge David S. Morales** |

### ORDER DENYING DEFENDANT/ COUNTER-PLAINTIFF ZHAO'S MOTION FOR PRELIMINARY INJUNCTION

Before the Court is Defendant/Counter-Plaintiff Chunyi Zhao's Motion for Preliminary Injunction (Dkt. 19) (the "Motion"). Having reviewed the Motion, the written responses filed by Plaintiff/Counter-Defendant Huiqun "Jenny" Lin Sun and Plaintiff Texas Undercarriage Corp., the arguments of counsel, the parties' evidence, and the applicable law, the Court finds that Defendant/Counter-Plaintiff Chunyi Zhao has not met her burden. The Motion is therefore **DENIED.**

**SO ORDERED.**

_____

**HON. DAVID S. MORALES**

UNITED STATES DISTRICT JUDGE