# Exhibit 1

# Business Market Rate Savings CONFIDENTIAL

December 31, 2025 ■ Page 1 of 4



4253 OLD GOLIAD RD
VICTORIA TX 77905-3254

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

---

**Other Wells Fargo Benefits**

**3 Things to watch out for when shopping online for the holidays**

**1. Fake fraud alerts.** If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant, your bank, or card provider directly to verify.
**2. Bogus shipping notifications.** Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open attachments without verifying first.
**Tip:** If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
**3. AI-created scam websites.** Avoid advertised links from search results. Double check the URL for misspellings or extra characters before clicking "Buy".
**Tip:** Use a credit card to make online purchases if you can - it has additional protection.

**Donate safely and avoid charity scams**

Before donating, research new charities using a resource like Better Business Bureau® or give.org.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $506,905.61 |
| Deposits/Credits | 970,009.62 |
| Withdrawals/Debits | - 1,400,000.00 |
| **Ending balance on 12/31** | **$76,915.23** |



Account number: XXXXXXXX88 (primary account)

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): XXXXXXX59

For Wire Transfers use
Routing Number (RTN): XXXXXXX48

December 31, 2025 ■ Page 2 of 4                    CONFIDENTIAL



## Interest summary

| | |
|---|---|
| Interest paid this statement | $9.62 |
| Average collected balance | $381,909.86 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $9.62 |
| Interest paid this year | $38.00 |

## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 10/31 | Interest Payment | 4.30 | | 506,909.91 |
| 11/28 | Interest Payment | 4.17 | | 506,914.08 |
| 12/2 | Transfer From Brk ****5068 Ref# 604448641 | 970,000.00 | | 1,476,914.08 |
| 12/3 | Transfer IN Branch - to United Track Corporation DDA xxxxxx3758 7107 N Navarro St Victoria TX | | 1,000,000.00 | |
| 12/3 | Transfer IN Branch - to United Track Corporation DDA xxxxxx3758 7107 N Navarro St Victoria TX | | 400,000.00 | 76,914.08 |
| 12/31 | Interest Payment | 1.15 | | 76,915.23 |
| Totals | | $970,009.62 | $1,400,000.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2025 - 10/31/2025 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $300.00 | $506,905.61 ÷ |
| • Total automatic transfers from an eligible Wells Fargo business checking | $25.00 | $0.00 □ |

| Fee period 11/01/2025 - 11/30/2025 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $300.00 | $506,909.91 ÷ |
| • Total automatic transfers from an eligible Wells Fargo business checking | $25.00 | $0.00 □ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

| Fee period 12/01/2025 - 12/31/2025 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $300.00 | $76,914.08 ÷ |
| • Total automatic transfers from an eligible Wells Fargo business checking | $25.00 | $0.00 □ |

SUN000321

CONFIDENTIAL



*Monthly service fee summary (continued)*
YC/YC

 IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

SUN000322

CONFIDENTIAL

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.        TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

SUN000323