UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| Huiqun "Jenny" Lin Sun (a.k.a. Huiqun Zhang) and Texas Undercarriage Corp., | Case No. 6:25-cv-76 |
| *Plaintiffs / Counter-Defendants,* | |
| v. | **Judge David S. Morales** |
| Chunyi Zhao, | |
| *Defendant / Counter–Plaintiff.* | |

## PLAINTIFF / COUNTER-DEFENDANT SUN'S FIRST AMENDED EXHIBIT LIST FOR ORAL HEARING ON DEFENDANT / COUNTER-PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Huiqun "Jenny" Lin Sun submits the following first amended list of exhibits in connection with the hearing on Defendant's Motion for Preliminary Injunction set for May 14, 2026, at 10:00 a.m.:

| Ex. No. | Description | Bates / ECF Cite |
|---|---|---|
| A | Declaration of Huiqun "Jenny" Lin Sun | ECF No. 33-1 |
| A-1 | Civil Complaint (*Tao Lin v. Xuzhou Laiyi Precision Machinery Co., Ltd., et al.*) (Original) (Redacted) | ECF No. 33-2 |
| A-2 | Civil Complaint (*Tao Lin v. Xuzhou Laiyi Precision Machinery Co., Ltd., et al.*) (English Translation) (Redacted) | ECF No. 33-3 |
| B | 2024 Class A Stock Purchase Agreement | ECF No. 33-4 |
| C | 2024 Class B Stock Purchase Agreement | ECF No. 33-5 |
| D | 2024 Class A Bill of Sale | ECF No. 33-6 |
| E | 2024 Class B Bill of Sale | ECF No. 33-7 |

| F | Title Opinion of Janis L. Scott (May 17, 2024) | ECF No. 33-8 |
|---|---|---|
| G | Bylaws of Texas Undercarriage Corp. | ECF No. 33-9 |
| H | TUC Share Transfer Ledger | ECF No. 33-10 |
| I | Sun's Responses to Zhao's First Set of Discovery Requests | ECF No. 33-11 |
| J | Unanimous Written Consent of Shareholders (Dec. 18, 2025) | ECF No. 33-12 |
| K | Zhao's Responses to Sun's First Set of Discovery Requests | ECF No. 33-13 |
| L | Zhao's Demand/Termination Letter (Nov. 4, 2025) | ECF No. 33-14 |
| M | Wire Transfer Record — Class A SPA Purchase Price | ECF No. 33-15 |
| N | Wire Transfer Record — Class B SPA Purchase Price | ECF No. 33-16 |
| O | Unanimous Written Consent of the Board of Directors (Dec. 22, 2025) | ECF No. 33-17 |
| P | Microsoft 365 Invoice (Sept. 29, 2025) | SUN001294–SUN001296 |
| Q | Foster Yarborough Killingsworth PLLC Invoice — February 2026 (redacted) | SUN001297–SUN001298 |
| R | Email correspondence with counsel re: Examination of Original Corporate Documents (May 1–6, 2026) | ZHAO000073–ZHAO000076 |

Respectfully submitted,

FOSTER YARBOROUGH
KILLINGSWORTH PLLC

*s/ Patrick Yarborough*
PATRICK YARBOROUGH
Texas Bar No. 24084129
patrick@fyktriallaw.com

LUKE OTT
Texas Bar No. 24116864
luke@fyktriallaw.com

440 Louisiana Street, Suite 1800
Houston, Texas 77002
T: (713) 331-5254
F: (713) 513-5202

*Counsel for Plaintiff,*

HUIQUN "JENNY" LIN SUN
(a.k.a. HUIQUN ZHANG)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was electronically served on all counsel of record in accordance with all applicable rules.

*s/ Patrick Yarborough*
PATRICK YARBOROUGH