# Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | |
|---|---|
| Huiqun "Jenny" Lin Sun (a.k.a. Huiqun Zhang) and Texas Undercarriage Corp., <br><br> *Plaintiffs / Counter-Defendants,* <br><br> v. <br><br> Chunyi Zhao, <br><br> *Defendant / Counter–Plaintiff.* | Case No. 6:25-cv-76 <br><br><br> **Declaration of Plaintiff Huiqun "Jenny" Lin Sun in Support of her Response to Defendant Zhao's Motion for Preliminary Injunction** |

1. My name is Huiqun "Jenny" Lin Sun (formerly known as "Huiqun Zhang"). I am a plaintiff in the above-captioned cause.

2. I am married to Mr. Tao "Link" Lin ("Lin"). Defendant Zhao is married to Mr. Wenbin Zhang ("Zhang").

3. I, Zhao, and our respective spouses had a significant history of shared business interests in China, including in a machinery manufacturing company in Xuzhou, which opened in 2011. For years, we operated in a spirit of trust and reciprocity.

4. On September 21, 2022, I, Defendant Zhao, and Zhao's husband, Zhang, formed Texas Undercarriage Corporation ("TUC") for the purpose of opening a manufacturing business for industrial parts in Victoria, Texas.

5. I have been an authorized user on TUC's bank accounts since the formation of TUC. Zhao has never been an authorized user on TUC's bank accounts. From the inception of TUC to the present, I have served in the role of TUC's secretary and treasurer.

6.    In April 2024, Zhao (and her husband, Zhang) informed me that, to comply with Chinese regulations on outbound direct investment, they needed a U.S. legal document stating that Zhao did not own any shares in TUC.

7.    Below is a true and correct image of an email sent to me (zhanghuiqun@msn.com) by Wenbin Zhang (xzly@lyprecision.com) with Chunyi Zhao (zhaoivy287@gmail.com) and my husband, Tao "Link" Lin (linlinktao@hotmail.com) copied, on May 5, 2024:

> **From:** Web zhang <xzly@lyprecision.com>
> **Date:** Sunday, May 5, 2024 at 12:30 AM
> **To:** Huiqun Zhang <zhanghuiqun@msn.com>
> **Cc:** ivy zhao <zhaoivy287@gmail.com>, Tao Lin <linlinktao@hotmail.com>
> **Subject:** Re:Re: Re:Re: Re:Fw: TUC
>
> 嫂子：
> 请看粗体黑色字。
> 你大概需要多久能问清楚？律师昨天和我定了五月七号上午在律师办公室见面。我需要改期吗？据律师说她后续几周较忙，改期的可能时间是五月十六日或者五月二十一日。按照会议，**A+B都改成嫂子，这样没有中国人，也没有中国公司（因为咱们公司的资金也不是外管局出去的）。**
> 律师问我谁会为莱益签字，我答复的是**张文斌**。签子人的职位，我答复的是**莱益的CEO**。
> 若2024年的法人已变更，变成了谁？**赵学亮**
> 我需要律师改为莱益签字的人吗？**不需要**
>
> 徐州莱益精密机械Laiyi Precision Machinery
>
> 张文斌/Web Zhang
>
> 13342005599
>
> xzly@lyprecision.com。

8.    The above email is written in Chinese. I am a fluent Chinese and English speaker and certify that the following English translation of the above email is accurate to the best of my knowledge:

> Sister-in-law: Please look at the bold black text.
>
> How long do you think it will take to find out? The attorney and I scheduled a meeting for the morning of May 7 at the attorney's office. Do I need to reschedule? According to the attorney, she'll be busy the next few weeks, and the rescheduled date would possibly be May 16 or May 21. Per the meeting, **change both A and B shares to sister-in-law's name, so there are no Chinese individuals, and no Chinese company either (because our company's outgoing funds have not gone through the State Administration of Foreign Exchange).**
>
> The attorney asked me who will sign on behalf of LaiYi. I answered **Zhang Wenbin.** The signer's title—I answered **CEO of LaiYi.**
>
> If the legal representative was changed in 2024, who was it changed to? **Zhao Xueliang.** Do I need the attorney to change the person signing on behalf of LaiYi? **Not needed.**
>
> Xuzhou LaiYi Precision Machinery Zhang Wenbin / Web Zhang 13342005599
> xzly@lyprecision.com

9.      Zhang regularly addressed me using the term "嫂子" (in English, literally "sister-in-law"). I am not Zhang's actual sister-in-law. It is common in Chinese culture to use this term as a familiar, respectful form of address for a woman who is roughly one's peer or a bit older, especially if she is connected to someone in one's social or professional circle.

10.     TUC's counsel, Ms. Janis L. Scott of ANDERSON SMITH NULL & STOFER, L.L.P., prepared two Stock Purchase Agreements and corresponding Bills of Sale, at the direction of TUC. True and correct copies of the 2024 Class A SPA, 2024 Class B SPA, 2024 Class A BOS, and Class B BOS are attached to the Response.

11.     On May 14, 2024, in my capacity as TUC's secretary, I recorded (by hand in black ink) the Class A transfer on TUC's stock transfer ledger contemporaneous with the execution of the Class A SPA. A true an correct copy of this Share Transfer Ledger is attached to my Response as Exhibit H.

12.     TUC has never issued any certificates for Class B stock.

13.     I am personally familiar with TUC's banking records from November 2024, which show TUC received a wire transfer of $4 million (USD) into its Wells Fargo checking account on November 1, 2024 from Xuzhou LaiYi Precision Machinery Co., Ltd. ("LaiYi").

14.     In April 2024, Zhao and her husband, Zhang, communicated to me that they understood Chinese outbound direct investment ("ODI") regulations to require that, in order for an investment from LaiYi into TUC to be approved by Chinese authorities, they would need to demonstrate to Chinese authorities that neither Zhang nor Zhao owned any shares in TUC. This is consistent with my own understanding of Chinese ODI regulations as they existed in 2024.

15.     Since the execution of the 2024 Class A SPA and 2024 Class B SPA, Zhao has never demanded or requested (formally or informally) that I make payment to her under these SPAs.

16.     Zhao, Zhang, and their two children stayed with me as my guests at my Victoria home from June 26 to July 10, 2024.

17.     I continued my professional and personal relationship with Zhao through July 2025, exchanging regular messages about business, family, travel, and other topics like raising geese. Never in those interactions—in person or by message—did Zhao complain about payment under the SPAs, formally or informally.

18.     Exhibit A-1 (attached hereto) is a true and correct copy of a civil complaint filed by Lin to the People's Court of Jiawang District, Xuzhou City, Jiangsu

Province on April 1, 2026. Sensitive personal identifiers have been redacted. A copy of the same civil complaint was filed on the same day with the People's Court of Xuzhou Economic and Technological Development Zone, Jiangsu Province.

19.　　Exhibit A-2 is a true and correct English translation of Exhibit A-1. Sensitive personal identifiers have been redacted.

20.　　My husband and I were informed by Zhang that in April 2025, the Xuzhou Tax Bureau issued a penalty notice against LaiYi for financial misconduct including fabricated VAT invoices. To me, the fabricated invoices and Zhang's subsequent restriction of my access to LaiYi's books constituted evidence of gross misconduct that threatened the value of my family's investment and our standing with Chinese authorities. Consequently, trust collapsed between myself / Lin and Zhao / Zhang over the summer of 2025, and, on October 15, 2025, Zhang transferred his remaining equity in LaiYi to Zhao.

21.　　On Nov. 17, 2025, I caused a wire of the Class A purchase price ($11,271) to Zhao and, on Dec. 15, 2025, I caused the Class B purchase price ($350,000) to be wired to Zhao. The payments came from personal funds, not TUC funds.

22.　　United Track Corporation ("UTC") is a wholly-owned subsidiary of TUC. Beginning on July 31, 2025, and ending on September 18, 2025, TUC caused UTC to make five transfers of $100,000.00 each (totaling $500,000.00) into the Chinese company United Machinery ("UM").

23.　　On December 18, 2025, as sole Class A voting shareholder, I executed a Unanimous Written Consent of Shareholders removing Zhao and Zhang as directors and re-electing myself and Lin; the reconstituted Board then executed a Unanimous Written Consent of Directors removing Zhao and Zhang from their officer positions. I sent notice of the removals to Zhao by email on December 22, 2025, and by FedEx on December 29, 2025.

24.　　Attached to my Response are true and correct copies of the following documents: the 2024 Class A Stock Purchase Agreement (Ex. B); the 2024 Class B Stock Purchase Agreement (Ex. C); the 2024 Class A Bill of Sale (Ex. D); the 2024 Class B Bill of Sale (Ex. E); the Title Opinion of Janis L. Scott (May 17, 2024) (Ex. F); the Bylaws of TUC (Ex. G); TUC's Stock Transfer Ledger (Ex. H); Sun's Responses to Zhao's First Set of Discovery Requests (Ex. I); the Unanimous Written Consent of Shareholders dated Dec. 18, 2025 (Ex. J); Zhao's Responses to Sun's First Set of Discovery Requests (Ex. K); Zhao's Demand/Termination Letter dated Nov. 4, 2025 (Ex. L); the wire transfer record for the Class A SPA purchase price (Ex. M); the wire transfer record for the Class B SPA purchase price (Ex. N); and the Unanimous Written Consent of Directors dated Dec. 22, 2025 (Ex. O).

I am over the age of eighteen, am of sound mind, and make this Declaration freely and based only on my own personal knowledge. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2026.

HUIQUN "JENNY" LIN SUN