# Exhibit B

## STOCK PURCHASE AGREEMENT

This AGREEMENT is entered into on May 14, 2024, by and between CHUNYI ZHAO, hereinafter called "Seller" and HUIQUN LIN SUN (formerly Huiqun Zhang), hereinafter referred to as "Buyer". The Seller and Buyer are hereinafter collectively referred to as the "Parties."

WHEREAS, the Seller, owning a total of 510 shares of Class A corporate stock, issued by Texas Undercarriage Corporation, a Texas corporation desires to enter into a stock purchase agreement between herself and Buyer.

WHEREAS, the Parties desire to execute an agreement in which the Seller agrees to sell all of her Class A corporate stock in Texas Undercarriage Corporation to Buyer.

NOW, THEREFORE, with the intention of being legally bound and in consideration of the mutual promises, the parties hereto do agree as follows:

1. Seller agrees to sell, and Buyer agrees to buy, all of the Class A shares owned by Seller, being Five Hundred Ten Class A Shares of Texas Undercarriage Corporation, at a total price of Eleven Thousand Two Hundred Seventy-One and NO/100 ($11,271.00) Dollars, or Twenty-Two and 10/100 ($22.10) dollars per share.

2. This agreement shall be subject to the covenants and conditions set forth on the stock certificate and company governing documents.

3. This agreement shall be binding upon and inure to the benefit of the Parties hereto, their heirs, successors, assigns, executors, administrators or other legal representatives.

WITNESS OUR HANDS this the 14 day of May, 2024.

_____
CHUNYI ZHAO, Seller

_____
HUIQUN LIN SUN, Buyer

*TUC's copy.*