# Exhibit E

BILL OF SALE OF CLASS B STOCK

THE STATE OF TEXAS    §

                                                  KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF VICTORIA    §

THAT CHUNYI ZHAO, whose address is 35 Riviera Street, Mentone, Melborne City, Victoria, Australia, Post Code 3194, for and in consideration of the sum of THREE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($350,000.00.00), and other valuable consideration in hand paid by HUIQUN LIN SUN (formerly known as Huiqun Zhang), whose address is 4253 Old Goliad Road, Victoria, Texas 77905, the receipt of which is hereby acknowledged, has BARGAINED, SOLD and DELIVERED, and by these presents does BARGAIN, SELL and DELIVER, unto the said HUIQUN LIN SUN the following described personal property, to-wit:

> Thirty-Five (35) shares of Class B stock issued by and for the Company of Texas Undercarriage Corporation, currently held in the name of Chunyi Zhao.
>
> Chunyi Zhao affirmatively states that she is the sole owner of the Thirty-Five (35) shares of Class B stock conveyed hereby, and that she does not own any other Class B stock in Texas Undercarriage Corporation. She further states that she is the only owner of any Class B stock in Texas Undercarriage Corporation.

And CHUNYI ZHAO does hereby bind herself, her heirs, successors and assigns, to WARRANT AND FOREVER DEFEND the title to said property unto the said HUIQUN LIN SUN, her heirs, successors and assigns, against every person whomsoever lawfully claiming, or to claim the same or any part thereof.

EXECUTED on this the 14 day of May, 2024.

                                                   _____
                                                   CHUNYI ZHAO