# Exhibit H

# SHARE TRANSFER LEDGER

© 1996, 2005 LAWYER'S AID SERVICE

Class A

| CORPORATION | Texas Undercarriage Corporation | | | |
|---|---|---|---|---|
| SHAREHOLDER NAME (LEAVE SPACE BETWEEN SHAREHOLDERS FOR FUTURE ENTRIES. RECORD ONLY ONE TRANSACTION PER LINE.) | SHAREHOLDER ADDRESS | DATE OF TRANS-ACTION | "ORIGINAL ISSUE," "REISSUE," OR FROM WHOM TRANSFERRED | |
| CHunyi Zhao | | 9/21/22 | original issue | |
| HUIQun ZHANG | | 9/21/22 | ORIGINAL ISSUE | |
| CHunyi Zhao | | 11/1/22 | Transferred from HUIQUN ZHANG | |
| HUIQun ZHANG | | 11/1/22 | Reissue | |
| HUIQUN ZHANG (LINSUN) | | 05/14/24 | TRANSFERRED FROM CHUNYI ZHAO | |
| HUIQUN ZHANG (LINSUN) | | 05/14/24 | REISSUE | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NO. OF SHARES ISSUED ON THIS DATE | CERT. NO. | AMT PAID (OR FAIR MARKET VALUE OF NON-CASH PMT) | SHARES TRANSFERRED OR SURRENDERED | | | | | NUMBER OF SHARES OWNED (BALANCE) |
|---|---|---|---|---|---|---|---|---|
| | | | DATE OF TRANSFER | TO WHOM TRANSFERRED | NO. OF SHARES TRANSFERRED/ SURRENDERED | CERT. NO. | PAYMENT REC'D BY SHAREHOLDER | |
| 200 | 1 | | | | | | | |
| 800 | 2 | | 11/1/22 | CHUNYI ZHAO | 310 | 3 | | |
| 310 | 3 | | | | | | | 510 |
| | | | 05/14/24 | HUIQUN ZHANG (LINSON) | 510 | 5 | | 0 |
| 490 | 4 | | | | | | | 490 |
| 510 | 5 | | | | | | | |
| 1,000 | 6 | | | | | | | 1,000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |