# Exhibit M

ICBC (B) 中国工商银行

APPLICATION FOR FUNDS TRANSFERS (OVERSEAS)

致: / TO:

日期 / Date

| | | □ 电汇 T/T □ 票汇 D/D □ 信汇 M/T | 发电等级 Priority | □ 普通 Normal □ 加急 Urgent |
|---|---|---|---|---|
| 20 | 申报号码 BOP Reporting No. | | | |
| | 银行业务编号 Bank Transac. Ref.No. | | 收电行/付款行 Receiver/Drawn on | |
| 32A | 汇款币种及金额 Currency & Interbank Settlement Amount | AUD 17,400.00 | 金额大写 Amount in Words | 澳大利亚元 壹万柒仟肆佰元整 |
| 买 卖 | 汇汇金额 Amount in FX | AUD 17,400.00 | 账号 Account No/Credit Card No. | █████████ |
| | 购汇金额 Amount of Purchase | | 账号 Account No/Credit Card No. | |
| | 其他金额 Amount of Others | | 账号 Account No/Credit Card No. | |
| 50a | 汇款人名称及地址 Remitter's Name & Address | HUIQUN LIN SUN ADD: NO.35 DAXUE ROAD XILAIDENG JIUDIAN XUZHOU CN 221000 | | |
| | □ 对公组织机构代码 Unit Code □□□□□□□□-□ | 对私 个人身份证件号码 Individual ID █████ □中国居民个人 Resident Individual □中国非居民个人 Non-Resident Individual | | |
| 56a | 收款银行之代理行名称及地址 Correspondent of Beneficiary's Bank Name & Address | | | |
| 57a | 收款人开户银行名称及地址 Beneficiary's Bank Name & Address | 收款人开户银行在其代理行账号 Bene's Bank A/C No. █████ WESTPAC BANKING CORPORATION 275 KENT STREET AUSTRALIA | | |
| 59a | 收款人名称及地址 Beneficiary's Name & Address | 收款人账号 Bene's A/C No. ████████ CHUNYI ZHAO ADD: 35 RIVIERA STREET MENTONE MELBOURNE VICTORIA AU 3194 | | |
| 70 | 汇款附言 Remittance Information | 只限140个字位 Not Exceeding 140 Characters STOCK PURCHASE | 71A 国内外费用承担 All Bank's Charges If Any Are To Be Borne By □汇款人 OUR □收款人 BEN ☑共同 SHA | |

| 收款人常驻国家（地区）名称及代码 Resident Country/Region Name & Code | 澳大利亚 | □□□ |
|---|---|---|

请选择: □预付货款 Advance Payment   □货到付款 Payment Against Delivery   □退款 Refund   ☑其他 Others

| 交易编码 BOP Transac. Code | 8 2 2 0 3 0 □□□□□□ | 相应币种及金额 Currency & Amount | AUD 17,400.00 | 交易附言 Transac. Remark | 境外存入获项汇出 |
|---|---|---|---|---|---|

| 本笔款项是否为保税货物项下付款 | □是 □否 | 合同号 N/A | 发票号 N/A |
|---|---|---|---|

外管局批件号/备案表号/业务编号

| 银行专用栏 For Bank Use Only | | 申请人签章 Applicant's Signature | 银行签章 Bank's Signature |
|---|---|---|---|
| 购汇汇率 Rate | | 请按照贵行代页所列条款代办网上汇款并进行申报 Please Effect The Upwards Remittance, Subject To The Conditions Overleaf: 汇款方: HUIQUN LIN SUN | |
| 等值人民币 RMB Equivalent | | | |
| 手续费 Commission | | | |
| 电报费 Cable Charges | | | |
| 合计 Total Charges | | | |
| 支付费用方式 In Payment of the Remittance | □现金 By Cash □支票 by Check □账户 from Account | 申请人姓名 Name of Applicant HUIQUN LIN SUN 电话 Phone No █████ | 批准人签字 Authorized Person 日期 Date |
| 校印 Sig. Ver. | | 经办 Maker | 复核 Checker |

第二联 银行借记客户账附言

ICBC (25) 中国工商银行                                                回单凭证

工作日期: 2025-11-17          地区网点号: ██████          操作柜员: ██████

1. 【02713 个人跨境汇款】
时间: 11:53:03
汇款人姓名: ██████ LIN SIN          交易序号: ████          授权柜员号: ██████
汇款人账(卡)号: ██████          汇款人证件类型: 护照          汇款人证件号码: ██████
收款行全称: WESTPAC BANKING CORPORATION          收款人姓名: Chunyi Zhao          收款行BIC/本地清算代码: WPACAU2S
国内外费用承担: SHA          收款人账(卡)号: ██████          汇款产品: 个人工商速汇（特汇）
是否加急: 否          币种: AUD元          金额: 17400.00
电讯费: 0.00元          是否信息通知: 否          是否即期通知: 否
佣减算过渡户: ██████          手续费: 80.60元          手续费合计: 80.██
业务编号: ██████          是否确认购汇用情书码与的购汇用途与交易编号一致: 是

提示: "是否信息通知"选择"是"时，将通过融e联向预留手机号的汇款用户推送资金抵达通知（未注册融e联则发送短信通知）；本服务选择"否"时不作任何通知。资金抵达依具体由境外收款行反馈，仅供参考。

1、本次共办理以上1笔业务。【个人跨境汇款】

受理编号: ██████
第1笔, ████████████
验证码: ██████
（以下空白）

[stamp: 中国工商银行股份有限公司 徐州戴楼文行 业务专用章 D384452330004]