# Exhibit P

**Microsoft**

Invoice

Microsoft Corporation
One Microsoft Way
Redmond WA 98052
United States
FEIN: 91-1144442

## Invoice Summary

| | |
|---|---|
| Billing Profile | Texas Undercarriage Inc. |
| Invoice Number | G115650902 |
| Invoice Date In UTC | 09/29/2025 |

**Total Amount**     **USD 960.78**
**Due on 09/29/2025**

Questions on your bill? Visit https://aka.ms/invoice-billing

**Sold To**
Texas Undercarriage Inc.
4253 Old Goliad Rd
Victoria
TX
77905-3254
US

**Bill To**
Texas Undercarriage Inc.
4253 Old Goliad Rd
Victoria
TX
77905-3254
US

## Invoice for activity on 09/28/2025

This invoice is for any subscription purchases, renewals, and recurring charges on the date indicated. The service period you are paying for is listed with each subscription below. Find more details about your bill at

https://admin.microsoft.com/Adminportal/Home#/billoverview/invoice-list/G115650902

## Billing Summary

| | |
|---|---|
| Charges | 900.00 |
| Subtotal | 900.00 |
| Sales Tax (6.75%) | 60.78 |
| **Total (including Tax)** | **USD 960.78** |

Your account has a credit card on file and there is no action for you to take. The card you have on file will be charged.

**Payment should only be made by Electronic Funds Transfer.**
**Do not send any physical payment to any address on this invoice.**

**SUN001294**

**Microsoft**                                                                 Invoice

## Section Summary

| Section Name | Charges (USD) | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|
| Texas Undercarriage Inc. | 900.00 | 60.78 | 960.78 |

## Details By Section

### Texas Undercarriage Inc.

Microsoft 365 Business Standard - One-Year commitment for monthly/yearly billing

| Purchases Charge Start Date - Charge End Date | Unit Price (USD) | Qty | Charges/ Credits (USD) | Sales Tax | Tax Amount (USD) | Total (including Tax) (USD) |
|---|---|---|---|---|---|---|
| 09/28/2025-09/27/2026 | 150.00 | 6 | 900.00 | 6.75% | 60.78 | **960.78** |

2/3

**SUN001295**

Microsoft                                                                        Invoice

Payment Instructions:

Your account has a credit card on file and there is no action for you to take. The card you have on file will be charged.

**SUN001296**