# Exhibit Q



# INVOICE

From | **Foster Yarborough Killingsworth PLLC**
Lyric Center
440 Louisiana St. Suite 1800
Houston, Texas 77002

| | |
|---|---|
| Invoice ID | **1458** |
| Issue Date | 03/01/2026 |
| Due Date | 03/31/2026 (Net 30) |
| Subject | FY Invoice: TUC Case - February 2026 |

Invoice For | **Texas Under Corporation**

| Item Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | 02/02/2026 - Luke Ott: Review Order for Conference and Disclosure of Interested Parties and issue calendar invite to co-counsel re pretrial conference scheduled by same order. | 0.20 | $425.00 | $85.00 |
| Service | 02/03/2026 - Patrick Yarborough: Meeting with | 0.70 | $475.00 | $332.50 |
| Service | 02/03/2026 - Luke Ott: Call with Patrick Yarborough, re debrief with PY re same; strategize about | 1.10 | $425.00 | $467.50 |
| Service | 02/03/2026 - Patrick Yarborough: Follow-up strategy and planning session with Luke Ott. | 0.40 | $475.00 | $190.00 |
| Service | 02/03/2026 - Patrick Yarborough: Analysis of issues with Luke Ott ahead of call with | 0.10 | $475.00 | $47.50 |
| Service | 02/04/2026 - Luke Ott: Review and analyze email correspondence from  Draft and send response to  Coordinate scheduling for a legal team and client call to discuss status and strategic next steps. | 0.30 | $425.00 | $127.50 |
| Service | 02/06/2026 - Luke Ott: Call with clients re case status and next steps | 0.60 | $425.00 | $255.00 |
| Service | 02/06/2026 - Patrick Yarborough: Strategy session with | 0.60 | $475.00 | $285.00 |

SUN001297

| Service | 02/13/2026 - Luke Ott: Review client correspondence regarding          ; analyze                                              ; coordinate with KB to                              ; draft and send client response confirming | 0.30 | $425.00 | $127.50 |
| --- | --- | --- | --- | --- |

**Amount Due**    **$1,917.50**

SUN001298