# Exhibit R

Sun's Exhibit R is withheld from filing due to its confidential designation and will be provided to the Court in chambers.